

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DON CARBON CORPORATION, | § | No. 08-23-00340-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| RAMI AZZAM, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022-DCV3158) |

## <u>MEMORANDUM OPINION</u>

Before this Court is Appellant's motion to voluntarily dismiss this appeal. The motion states that the parties have settled all issues in dispute, rendering the appeal moot. Appellant asks that this Court dismiss the appeal with prejudice.

The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

March 5, 2024

Before Alley, C.J., Palafox and Soto, JJ.